# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ISRAEL J. CIPTAK,** | ) |
| | ) CASE NO. 1:20-CV-02808 |
| **Plaintiff,** | ) |
| | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| | ) |
| **OHIO DEPARTMENT OF TRANSPORTATION,** | ) |
| | ) |
| | ) **ORDER** |
| **Defendant.** | ) |

The Court has been advised by counsel of record that the above-captioned case has settled. Accordingly, this case is dismissed with prejudice, and each party is to bear its own costs. Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure the settlement agreement is executed.

**IT IS SO ORDERED.**

<u>*/s/Dan Aaron Polster June 15, 2021*</u>
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**